IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Crim. No. 1:07-cr-153** |
| | : | |
| v. | : | |
| | : | |
| **JAMEL E. EASTER** | **:** | **Judge Sylvia H. Rambo** |

# **O R D E R**

AND NOW, this 1st day of May, 2020, and for the reasons set forth in the accompanying memorandum of law, IT IS HEREBY ORDERED that Petitioner Jamel E. Easter's *pro se* Motion Pursuant to 28 U.S.C. § 2255 seeking relief based on *Johnson v. United States*, 135 S. Ct. 2551 (2015) (Doc. 340) is DENIED.

                                                   s/Sylvia H. Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge